

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 21, 2014

BY HAND AND ECF

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007
Facsimile: (212) 805-7912

    Re:    *United States v. $1,700,000,000 in U.S. Currency,*
             No. 14 Civ. 0063 (JGK)

Dear Judge Koeltl:

    Enclosed please find a courtesy copy of the Government's motion for a final judgment of forfeiture in the above-referenced case. As set forth in the enclosed papers, no claims to the Defendant in Rem or answers to the Verified Complaint have been filed, and the time to do so has elapsed. In addition, JPMorgan Chase Bank, N.A. – the party that originally paid the $1.7 billion Defendant in Rem to the United States – has expressly agreed to its forfeiture. Accordingly, the Government respectfully requests that the Court enter a final judgment of forfeiture. A proposed form of judgment is attached as Exhibit 5 to the enclosed motion.

    Please let us know if we can provide any additional information. Thank you for your consideration of this request.

                                      Respectfully,

                                      MATTHEW L. SCHWARTZ
                                      ARLO DEVLIN-BROWN
                                      Assistant United States Attorneys
                                      Tel.: (212) 637-1945 / 2506

cc:    BY ELECTRONIC MAIL

        John F. Savarese, Esq. (JFSavarese@wlrk.com)
        *Counsel to JPMorgan Chase Bank, N.A.*