| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 3/24/14 |

UNITED STATES OF AMERICA,

        Plaintiff,

- against -

$1,700,000,000 IN UNITED STATES CURRENCY,

        Defendant in rem.

**FINAL JUDGMENT OF FORFEITURE**

No. 14 Civ. 0063 (JGK)

ECF CASE

    WHEREAS, on January 6, 2014, JPMorgan Chase Bank, N.A., ("JPMorgan") entered into a Deferred Prosecution Agreement with the United States Attorney's Office for the Southern District of New York (the "Agreement"). The Agreement provides, among other things, that JPMorgan was required to pay $1,700,000,000 to the United States, and that JPMorgan consented to the forfeiture of those funds;

    WHEREAS, on January 7, 2014, the United States of America (the "Government") commenced this civil action by the filing of a Verified Complaint seeking the forfeiture of all right, title and interest in the $1,700,000,000 in United States currency (the "Defendant in Rem") that JPMorgan transferred to the United States pursuant to the Agreement;

    WHEREAS, at a hearing on January 8, 2014, the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, accepted JPMorgan's waiver of indictment and filed a criminal Information charging JPMorgan with two felony counts under the Bank Secrecy Act, and at the same hearing approved the Agreement;

WHEREAS, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, notice of the Verified Complaint and forfeiture of the Defendant in Rem was published on an official internet government forfeiture site for at least 30 consecutive days, beginning on January 14, 2014, and proof of such publication was filed with the Court on March 18, 2014;

WHEREAS, no claims or answers were filed or made in this action, and no parties have appeared to contest the action to date, and the requisite time periods have expired.

NOW, THEREFORE, on the motion of Preet Bharara, United States Attorney for the Southern District of New York, attorney for plaintiff United States of America, Matthew L. Schwartz and Arlo Devlin-Brown, Assistant United States Attorneys, of counsel:

IT IS HEREBY ORDERED that:

1. Plaintiff United States of America shall have judgment against the Defendant in Rem, and the same hereby is forfeited to the United States of America for disposition according to law, pursuant to the terms of the Agreement.

2. The Clerk of the Court is directed to close this case without costs or fees to any party.

3. The Court retains jurisdiction to take additional action, enter further orders, and amend this and any future orders as necessary to implement and enforce this Order.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

4.  The Clerk of the Court shall forward four certified copies of this Order to Matthew L. Schwartz, Assistant U.S. Attorney, One St. Andrew's Plaza, New York, New York, 10007.

**SO ORDERED:**

Dated: 3/21, 2014
New York, New York

HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE